UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ROGER DALE SCOTT II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07CV82 LMB |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| PROBATION AND PAROLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue as to defendant Colleen Buffington.[1]

Dated this 5th Day of November, 2007.

_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE

---

[1] Buffington's last known address is 1608 P.C.R. 806, Perryville, MO 63775.